# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SIERRA CLUB, INC., CLEAN ENERGY FUTURE OKLAHOMA, and EAST TEXAS SUB REGIONAL PLANNING COMMISSION,** ) ) ) ) **Plaintiffs,** ) ) v.  ) ) ) **LIEUTENANT GENERAL THOMAS P. BOSTICK (in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers, et al.,** ) ) ) ) ) ) ) **Defendants**, ) ) **TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TRANSCANADA CORPORATION, a Canadian public company,** ) ) ) ) ) **Intervenors.** ) | **CASE NO CIV-12-742-R** |

## ORDER

This matter comes before the Court on the Motion to Intervene, filed by Interstate Natural Gas Association of America, American Gas Association, Association of Oil Pipe Lines, American Petroleum Institute and Utility Water Act Group ("Utility Intervenors), pursuant to Federal Rule of Civil Procedure 24(a). Therein movants represent that Defendant takes no position with regard to its motion and that the extant intervenors do not object to their request. Plaintiffs responded in opposition to the motion.

The basis for the Utility Intervenor's request is that the current litigation challenges Nationwide Permit 12, issued by the United States Corps of Engineers, and that any Court order affecting that Permit could significantly impact them. The Court hereby GRANTS the motion to intervene. However the Utility Intervenor's participation is limited to facilitate the conducting of these proceedings. Counsel for Defendants and counsel for both TransCanada Intervenors and Utility Intervenors must CONFER before filing any motion, responsive filing or brief to determine whether their positions may be set forth in a consolidated manner. Intervenors, to include TransCanada Intervenors, may file separate motions, responsive filings or briefs only to raise arguments or issues Defendants decline to include in their filings. Any separate filings must include a Certificate of Compliance with the conference requirement and a statement that the issues raised are not adequately covered by Defendants' position or that of another intervenor.

IT IS SO ORDERED this 1st day of August, 2012.

*[Signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE