FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 23, 2013**

Elisabeth A. Shumaker  
Clerk of Court

───────────────────────────────

| | |
|---|---|
| SIERRA CLUB, INC., et al., | |
|     Plaintiffs - Appellants, | |
| v. | No. 12-6201 |
| LIEUTENANT GENERAL THOMAS P. BOSTICK, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers, et al., | |
|     Defendants - Appellees, | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE, LP, et al., | |
|     Intervenors -Appellees. | |

───────────────────────────────

**ORDER**

───────────────────────────────

Before **KELLY** and **HOLMES**, Circuit Judges, and **MARTINEZ**,[*] District Judge.

───────────────────────────────

This matter is before the court on TransCanada Keystone Pipeline, LP and TransCanada Corporation's Motion for Withdrawal of Counsel. The motion is granted.

---

[*]Honorable William J. Martinez, U.S. District Judge, District Court of Colorado, sitting by designation.

Matthew D. Krueger is withdrawn as counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation.

> Entered for the Court
>
> *Elisabeth A. Shumaker*
>
> ELISABETH A. SHUMAKER, Clerk