**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **SIERRA CLUB, INC., CLEAN ENERGY FUTURE OKLAHOMA, and EAST TEXAS SUB REGIONAL PLANNING COMMISSION,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) ) | **CASE NO CIV-12-742-R** |
| **LIEUTENANT GENERAL THOMAS P. BOSTICK** (in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers, **MAJOR GENERAL MICHAEL J. WALSH,** in his official capacity as U.S. Army Commanding General for Civil and Emergency Operations; **COLONEL RICHARD PRATT,** in his official capacity as Tulsa District Commander of U.S. Army Corps of Engineers; Colonel Richard Pannell, in his official capacity as Galveston District Engineer of the U.S. Army Corps of Engineers; **U.S. ARMY CORPS OF ENGINEERS,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants,** ) ) | |
| **TRANSCANADA KEYSTONE PIPELINE, LP,** a Delaware limited partnership, and **TRANSCANADA CORPORATION,** a Canadian public company, et al., ) ) ) ) ) | |
| **Intervenors.** ) | |

## ORDER

The parties are hereby ordered to file a joint report with the Court within ten days of entry of this order, indicating therein whether any issues remain for resolution, or whether judgment should be entered forthwith.

IT IS SO ORDERED this 6th day of March, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE