UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SIERRA CLUB, INC., *et. al.*, | ) Case No. Civ. 5:12-cv-00742-R |
| Plaintiffs, | ) |
| v. | ) JOINT STATUS REPORT |
| LIEUTENANT GENERAL THOMAS P. BOSTICK (in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers), *et. al.*, | ) |
| Defendants, | ) |
| TRANSCANADA KEYSTONE PIPELINE, LP, *et. al.*, | ) |
| INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, *et. al.*, | ) |
| Intervenors. | ) |

**JOINT STATUS REPORT**

In its Order of March 6, 2014, this Court requested that the parties file a joint report indicating whether any issues remain for resolution or whether final judgment should enter. This case was briefed in accordance with *Olenhouse v. Commodity Credit Corp.*, 42 F. 3d 1560, 1580 (10th Cir. 1994), not on motions for summary judgment. Accordingly, Plaintiffs styled their opening brief as an "opening brief on the merits," and included in footnote 1 to their opening brief a citation to *Olenhouse* and an explanation that they were filing an "Opening Brief on the Merits rather than a motion under Fed. R.

JOINT STATUS REPORT 1

Civ. P. 56." (Dkt. no. 106). The Defendants, likewise, styled their briefs as responses in opposition. In accordance with *Olenhouse* and the procedural posture of this case, there was no further action for this Court to take after this Court ruled against Plaintiffs on the merits in its Order of December 30, 2013, other than entry of judgment in accordance with Federal Rule of Civil Procedure 58(b)(1)(C), which has not yet occurred. The parties agree that no issues are outstanding, so the court should enter judgment accordingly. However, Plaintiffs do not consent to judgment being entered against them, as that could preclude Plaintiffs from filing an appeal, and nothing in this statement should be construed as Plaintiffs waiving their right to appeal this matter.

DATED: March 17, 2014                     Respectfully submitted,

| | |
|---|---|
| */s/ Douglas Hayes* | IGNACIA S. MORENO |
| DOUGLAS HAYES, Colo. Bar No. 39216 | Assistant Attorney General |
| ERIC E. HUBER, Colo. Bar No. 40664 | Environment & Natural Resources |
| SIERRA CLUB | Division |
| 1650 38th Street, Suite 102W | |
| Boulder, Colorado 80301 | */s/ Maureen E. Rudolph* |
| Telephone: (303) 449-5595 | MAUREEN E. RUDOLPH, |
| Facsimile: (303) 449-6520 | DC Bar # 976416 |
| | MICHELE WALTER, |
| DEVORAH ANCEL, Cal. Bar No. 261038 | DC Bar # 487329 |
| SIERRA CLUB | TYLER BAIR, Idaho Bar # 7973 |
| 85 Second Street, 2nd Floor | U.S. Department of Justice |
| San Francisco, CA 94105 | Environment and Natural Resources |
| Telephone: (415) 977-5709 |    Division |
| Facsimile: (415) 977-5793 | Natural Resources Section |
| | P.O. Box 7611 |
| | Washington, DC 20044 |
| G. STEVEN STIDHAM, OBA No. 8633 | Telephone: (202) 305-0479 |
| Sneed Lang Herrold | Telephone: (202) 307-3316 |
| 1700 Williams Center Tower I | Telephone: (202)-514-2795 |
| One West Third Street | |
| Tulsa, OK  74103-3522 | *Attorneys for Federal Defendants* |
| Telephone: (918) 588-1313 | |
| Facsimile: (918) 588-1314 | |

*Attorneys for Plaintiffs*

| | |
|---|---|
| */s/ Patrick M. Ryan* <br> Patrick M. Ryan, OBA#7864 <br> Phillip G. Whaley, OBA#13371 <br> Ryan Whaley Coldiron Shandy <br> 900 Robinson Renaissance <br> 119 North Robinson <br> Oklahoma City, OK 73102 <br> (405) 239-6040 (telephone) <br> (405) 239-6766 (facsimile) <br> Email: pryan@ryanwhaley.com <br>         pwhaley@ryanwhaley.com | Of Counsel*: <br> */s/ Peter R. Steenland, Jr.* <br> Peter R. Steenland, Jr. <br> Lisa E. Jones <br> Lauren C. Freeman <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, DC 20005 <br> (202) 736-8000 (telephone) <br> (202) 736-8711 (facsimile) <br> Email: psteenland@sidley.com <br>         lisa.jones@sidley.com <br>         lfreeman@sidley.com <br> <br> * Admitted Pro Hac Vice |

*Attorneys for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

| | |
|---|---|
| /s/ Andrew J. Turner <br> Deidre G. Duncan (D.C. Bar No. 461548) <br> Andrew J. Turner (D.C. Bar No. 471179) <br> Karma B. Brown (D.C. Bar No. 479774) <br> HUNTON & WILLIAMS LLP <br> 2200 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> dduncan@hunton.com <br> aturner@hunton.com <br> kbbrown@hunton.com <br> (202) 955-1500 - Telephone <br> (202) 778-2201 - Facsimile <br> Admitted *Pro Hac Vice* | Linda C. Martin, OBA No. 5732 <br> Williams Tower II <br> Two West Second Street, Suite 700 <br> Tulsa, Oklahoma 74103-3117 <br> lmartin@dsda.com <br> (918) 582-1211 - Telephone <br> (918) 591-5360 - Facsimile |

*Attorneys for Interstate Natural Gas Association of America, American Gas Association, Association of Oil Pipe Lines, American Petroleum Institute, and Utility Water Act Group (Utility Intervenors)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2014, I electronically filed the foregoing by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

        Respectfully submitted,

        */s/ Douglas Hayes*
        DOUGLAS HAYES
        Colo. Bar No. 39216, *Pro Hac Vice*
        Sierra Club
        1650 38th Street, Suite 102W
        Boulder, Colorado 80301
        Telephone: (303) 449-5595
        Facsimile: (303) 449-6520