# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SIERRA CLUB, INC., CLEAN ENERGY FUTURE OKLAHOMA, and EAST TEXAS SUB REGIONAL PLANNING COMMISSION, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>LIEUTENANT GENERAL THOMAS P. BOSTICK (in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers, MAJOR GENERAL MICHAEL J. WALSH, in his official capacity as U.S. Army Commanding General for Civil and Emergency Operations; COLONEL RICHARD PRATT, in his official capacity as Tulsa District Commander of U.S. Army Corps of Engineers; Colonel Richard Pannell, in his official capacity as Galveston District Engineer of the U.S. Army Corps of Engineers; U.S. ARMY CORPS OF ENGINEERS, <br><br>　　　　Defendants, <br><br>TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TRANSCANADA CORPORATION, a Canadian public company, et al., <br><br>　　　　Intervenors. | CASE NO CIV-12-742-R |

## JUDGMENT

In accordance with the parties' status report filed this date, judgment is hereby entered in favor of the Defendants.

ENTERED this 17th day of March, 2014.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE